**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

CIVIL MINUTES - GENERAL

Case No.: <u>SA CV 08-472 AHS (SSx)</u>              Date: <u>July 7, 2009</u>

Title:    <u>William Murray, et al. v. Ryan A. Nassbridges</u>
==================================================================

**PRESENT**:  HON. <u>**ALICEMARIE H. STOTLER**</u>, **CHIEF U.S. DISTRICT JUDGE**

    <u>Ellen Matheson</u>                                <u>Not Present</u>
    Deputy Clerk                                    Court Reporter

**ATTORNEYS PRESENT:**  None present

**PROCEEDINGS:**     (IN CHAMBERS) ORDER: (1) TAKING UNDER
                     SUBMISSION SCHEDULING CONFERENCE FROM THE
                     COURT'S JULY 13, 2009 CALENDAR AT 10:00 A.M.;
                     AND (2) TO DEFENDANT TO SHOW CAUSE WHY
                     SANCTIONS SHOULD NOT BE IMPOSED


       On June 2, 2009, the Court ordered the parties to file a joint 26(f) report due July 2, 2009. While plaintiffs William and Arla Murray, Louis DiMichele, and Henry Gindt ("plaintiffs") have filed a unilateral report, the parties have failed to file a Joint Report as required under Rule 26(f). A scheduling conference in this matter is set for hearing on the Court's July 13, 2009, calendar.

       The Court finds the scheduling conference appropriate for submission on the papers without oral argument. <u>See</u> Local Rule 7-15 (stating that the Court may dispense with oral argument on any matter unless otherwise required); Fed. R. Civ. P. 78. The matter is, therefore, removed from the Court's July 13, 2009 at 10:00 a.m. calendar.

       Based on the Declaration of Non-Cooperation in Rule 26 Meeting and Report, the Court orders defendant Nassbridges to show cause in writing, no later than July 17, 2009, why sanctions pursuant to Local Rule 83-7 payable to the U.S. District Court Clerk should not be assessed and why default judgment in favor of

**MINUTES FORM 11**                          **INITIALS OF DEPUTY CLERK** <u>enm</u>
**CIVIL - GEN**    DAM           D - M
O:\ECF Ready\SA CV 08-472. Murray v. Nassbridges.nofilejt26f.wpd

SA CV 08-472 AHS (SSx)                                        Page 2
William Murray, et al. v. Ryan A. Nassbridges

the plaintiffs should not be entered for his failure to file a Joint Report as required under Rule 26(f).

        The Clerk shall serve this minute order on all parties in this action.